# UNITED STATES OF AMERICA
**DEPARTMENT OF JUSTICE**
**CIVIL RIGHTS DIVISION**
**Office of the Assistant Attorney General**
**Washington, D.C. 20530**

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | **[CRIPA Subpoena No. 2026-01]** |
| | ) | |
| ***Investigation of Maine Correctional Center,*** | ) | **SUBPOENA PURSUANT TO** |
| Pursuant to the Civil Rights of Institutionalized | ) | **42 U.S.C. § 1997a-1** |
| Persons Act, 42 U.S.C. § 1997, *et seq.* | ) | |
| _____ | ) | |

**TO:**    Randall Liberty, Commissioner
Maine Department of Corrections
c/o Alexander Beals
Assistant Attorney General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
Email: alexander.m.beals@maine.gov

Pursuant to the authority of the Civil Rights of Institutionalized Persons Act (CRIPA), 42 U.S.C. § 1997a-1, the United States Department of Justice, Civil Rights Division, is issuing this subpoena for the purpose of accessing documents under the custody or control of the Maine Department of Corrections to determine whether the Maine Correction Center is failing to protect female inmates from sexual violence and harassment by a male inmate.

**YOU ARE HEREBY COMMANDED** to produce the documents, electronically stored information, or tangible things in your custody or control described in Appendix A at the following place and time:

TIME AND DATE:    **5:00 p.m. EDT, June 29, 2026**

PLACE:    **Electronically, per instructions to be provided by the U.S. Department of Justice**

**FAILURE TO COMPLY WITH THIS SUBPOENA MAY SUBJECT YOU TO A CIVIL ENFORCEMENT ACTION.**

- 2 -

Any questions concerning this subpoena should be directed to Kyle Smiddie, Attorney, Special Litigation Section, at (202) 532-3249 or kyle.smiddie@usdoj.gov.

Issued this 15th day of June, 2026.

Washington, District of Columbia

R. JONAS GEISSLER
Deputy Assistant Attorney General
Civil Rights Division

## PROOF OF SERVICE

I, Kyle Smiddie, an officer of the United States, being a person over 18 years of age, hereby certify that on the 15th day of June, 2026, in connection with the United States Department of Justice's investigation of Maine Correctional Center pursuant to the Civil Rights of Institutionalized Persons Act, I served CRIPA Subpoena No. 2026-01 on Alexander Beals, Assistance Attorney General, Office of the Maine Attorney General, 6 State House Station, Augusta, ME 04333, who is counsel for the State of Maine in connection with this matter, by electronic mail in accordance with Mr. Beal's agreement to accept service by electronic mail or electronic transmission. I caused the subpoena to be sent from email address kyle.smiddie@usdoj.gov to Mr. Beals at the email address alexander.m.beals@maine.gov.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on this 15th day of June, 2026.




Kyle Smiddie
Trial Attorney
United States Department of Justice
Civil Rights Division
Special Litigation Section
(202) 532-3249
kyle.smiddie@usdoj.gov

## APPENDIX A

**Note: We have numbered the below requests to correspond to Document Request #1.**

For each document produced, please indicate the request number(s) to which the document is responsive. We request all responsive documents for Maine Correctional Center (MCC), including all responsive documents in the possession, custody, or control of Maine Department of Corrections offices related to MCC.

Wherever possible, please send documents in electronic form in native file format or in Optical Character Recognition ("OCR") form for Adobe PDF documents. Excel spreadsheets and other data collections should be produced in sortable formats. Please advise if an electronic document will require uncommon or facility-specific computer software to view, or if there are any technical issues with which our IT staff can assist.

**Documents to Be Produced**

5. **Grievances and responses**: All grievances related to Andrew/Andrea Balcer and all responses/investigative materials from the prison.

   Specifically, all grievances/PREA complaints from female residents, *including but not limited to* (1) **Katie Mountain** (MDOC# 66263), (2) **Jennifer Albert** (MDOC# 173792), (3) **Andrea Martin**, (4) **Megan Reeves**, (5) **Allison Femand**, (6) **Chelsea Holt** (MDOC# 171572), (7) **Katie Murray**, (8) **Felicia Lloyd**, (9) **Danielle Foster** (MDOC# 171019), (10) **Michaela Sargent** (MDOC# 106952), (11) **Devyn Austin** (MDOC# 164814), (12), **Stacy Clayton**, (13) **Becca (no last name)**, and (14) **Jessica Lane-Webber** and resulting responses/investigative materials.

   Any other documents/records reflecting the facility's response to complaints about Balcer.

6. **Balcer's records:** Andrew/Andrea Balcer's records, including all recorded findings by the housing recommendations team/decisions by the facility's/Maine DOC Chief Administrative Officer.

9. **Katie Mountain records**: Any documents/records reflecting the substance and timing of decisions regarding her classification, release status, disciplinary record, including loss of any privileges.

1